UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RYAN MYERS** | § | **Docket No. 2:23-cv-04742** |
| | § | |
| | § | |
| **VERSUS** | § | **Judge: JANE TRICHE MILAZZO** |
| | § | |
| | § | |
| **ALLIED TRUST INSURANCE COMPANY** | § § | **Magistrate Judge: KAREN WELLS ROBY** |

_____

## VOLUNTARY MOTION TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, comes undersigned counsel, and respectfully request this Honorable Court to grant its Voluntary Motion to Dismiss Without Prejudice for the reasons set forth below.

1. Plaintiff, Ryan Myers initially signed a contract of representation with McKinney, Mosley and Associates (hereinafter "MMA");

2. As this Court is well aware, MMA was subsequently removed from representation in all cases involving Hurricane Ida;

3. The file was referred to the Galindo Law Firm for further handling and Galindo Law firm attempted to contact, without success, Plaintiff;

4. On August 28, 2023, in an abundance of caution and in order to preserve Plaintiff's rights, Galindo Law Firm filed a complaint to avoid any issue of liberative prescription in the matter;

5. Subsequently, undersigned counsel attempted to contact the client again and successfully spoke with the client. The client informed undersigned counsel that they do not wish to pursue the claim any further. On October 7th, 2023, Galindo Law sent a dismissal letter to Plaintiff. As of that date, no communication has been made with Plaintiff.

Accordingly, upon due consideration of the facts and law, Plaintiff wishes to voluntarily dismiss her claim without prejudice.

**WHEREFORE,** undersigned counsel respectfully requests this Honorable Court

GRANT this Motion and enter an order dismissing the above-referenced claim without prejudice.

                    Respectfully Submitted,

                    */s/ Mark Ladd*
                    Mark Ladd
                    Louisiana Bar Number: 30847
                    mark@galindolaw.com
                    Galindo Law Firm
                    3850 North Causeway Blvd. Ste. 1520
                    Metairie, Louisiana 70002
                    Ph. 713-228-3030
                    Fax 713-228-3003
                    Email: hurricane@galindolaw.com
                    **ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that Plaintiff has been notified of all deadlines and pending court appearances, and the foregoing pleading has been delivered to Plaintiff via certified mail, and counsels of record, through the CM/ECF system, depositing a copy of same in the United States mail, first-class postage prepaid, by hand delivery, email, or by facsimile transmission, this January 9, 2024.

      */s/ Mark Ladd*
      *Mark Ladd*